1   JANET C. KERN, SBN 151887
    City Attorney
2   ALAN M. COHEN, SBN 177662
    Assistant City Attorney
3   RACHEL HUYSENTRUYT, SBN 284986
    Attorney
4   City of Alameda, City Hall
    2263 Santa Clara Ave., Room 280
5   Alameda, CA 94501
    Phone (510) 747-4750
6   Fax (510) 865-4028
7   acohen@ci.alameda.ca.us

8
    Attorney for Defendants
9   CITY OF ALAMEDA and MIKE NOONAN

10
                    UNITED STATES DISTRICT COURT
11
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13
    GABRIELA PEREZ, an individual          Case No:   C13-01521 TEH
14
                    Plaintiff,
15                                          STIPULATION AND [PROPOSED]
             v.                             ORDER TO RESCHEDULE
16                                          SETTLEMENT CONFERENCE
    CITY OF ALAMEDA, an organization duly
17  organized under the laws of the state of
    California; MIKE NOONAN, individually and
18  in his capacity as Chief of the CITY OF
    ALAMEDA POLICE DEPARTMENT; and          Complaint Filed:  April 4, 2013
19  DOES 1-25, inclusive, individually and in their  Trial Date:  Not Yet Set
    official capacities as employees of the CITY OF
20  ALAMEDA,

21                  Defendants.

22

23          The Complaint in the above-entitled action was filed on April 4, 2013.  On October 22,

24  2013, the Court issued its Order Setting Settlement Conference, setting the date for the Settlement

25  Conference on December 5, 2013 at 9:30 am. The trial date for this matter is set for January 27,

26  2015.

27          The parties are continuing to make progress in discovery and wish to reschedule their first

28  Settlement Conference for January 23, 2014 at 9:30 am. The parties respectfully suggest that this

1  continuance will promote judicial efficiency and economy and will not impact the trial date in this

2  matter.

3              **STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE**

4              IT IS HEREBY STIPULATED by and between Dewitt M. Lacy as counsel

5  for Plaintiff; and Alan M. Cohen as counsel for Defendants that the date for the Settlement

6  Conference be scheduled for January 23, 2014.  Settlement Conference Statements shall be

7  submitted by January 16, 2014.

8  IT IS SO STIPULATED.

9

10

11  DATED:  November 26, 2013               Respectfully submitted,

12                                          **Alan M. Cohen**

13                                          _____
                                            Alan M. Cohen
14                                          Assistant City Attorney
                                            Attorney for Defendant CITY OF ALAMEDA
15

16

17  DATED:   November 26, 2013              Respectfully submitted,

18                                          **Dewitt M. Lacy**

19                                          _____
                                            Dewitt M. Lacy,
20                                          Law Offices of John L. Burris,
                                            Attorney for Plaintiff GABRIELLA PEREZ
21

22  It is So Ordered

23

24  DATED: ___November 27, 2013___

25  Nathanael ...
    United S...
26  United S...

GRANTED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

27

28