1  JANET C. KERN, SBN 151887
   City Attorney
2  ALAN M. COHEN, SBN 177662
   Assistant City Attorney
3  RACHEL HUYSENTRUYT, SBN 284986
   Attorney
4  City of Alameda, City Hall
   2263 Santa Clara Ave., Room 280
5  Alameda, CA 94501
   Phone (510) 747-4750
6  Fax (510) 865-4028
7  acohen@ci.alameda.ca.us

8  Attorney for Defendants
   CITY OF ALAMEDA and MIKE NOONAN
9

10
                UNITED STATES DISTRICT COURT
11
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13

14 | GABRIELA PEREZ, an individual | **Case No: C13-01521 TEH**
15 |                Plaintiff,     |
   |        v.                     | **STIPULATION AND [PROPOSED]**
16 |                               | **ORDER TO RESCHEDULE**
   | CITY OF ALAMEDA, an organization duly | **SETTLEMENT CONFERENCE**
17 | organized under the laws of the state of |
   | California; MIKE NOONAN, individually and |
18 | in his capacity as Chief of the CITY OF |
   | ALAMEDA POLICE DEPARTMENT; and | Complaint Filed: April 4, 2013
19 | DOES 1-25, inclusive, individually and in their | Trial Date: Not Yet Set
   | official capacities as employees of the CITY OF |
20 | ALAMEDA, |
21 |                Defendants. |
22

23     The Complaint in the above-entitled action was filed on April 4, 2013. On October 22,

24  2013, the Court issued its Order Setting Settlement Conference, setting the date for the Settlement

25  Conference on December 5, 2013 at 9:30 am. The trial date for this matter is set for January 27,

26  2015.

27     The parties are continuing to make progress in discovery and wish to reschedule their first

28  Settlement Conference for January 23, 2014 at 9:30 am. The parties respectfully suggest that this

Stipulation and [Proposed] Order          1              Case No. C13-1521 TEH

continuance will promote judicial efficiency and economy and will not impact the trial date in this matter.

### STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE

IT IS HEREBY STIPULATED by and between Dewitt M. Lacy as counsel for Plaintiff; and Alan M. Cohen as counsel for Defendants that the date for the Settlement Conference be scheduled for January 23, 2014.  Settlement Conference Statements shall be submitted by January 16, 2014.

IT IS SO STIPULATED.

DATED:  November 26, 2013        Respectfully submitted,

**Alan M. Cohen**

_____
Alan M. Cohen
Assistant City Attorney
Attorney for Defendant CITY OF ALAMEDA


DATED:   November 26, 2013        Respectfully submitted,

**Dewitt M. Lacy**

_____
Dewitt M. Lacy,
Law Offices of John L. Burris,
Attorney for Plaintiff GABRIELLA PEREZ

It is So Ordered

DATED:  November 27, 2013

GRANTED
Judge Nathanael M. Cousins

Stipulation and [Proposed] Order            2                Case No. C13-1521 TEH