UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA PEREZ, | Case No. 3:13-cv-01521 TEH (NC) |
| Plaintiff, | ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE |
| v. | |
| CITY OF ALAMEDA, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated January 17, 2014, Defendant Retired Chief of Police Michael Noonan requested to be excused from personally appearing at the settlement conference scheduled for January 23, 2014. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Michael Noonan be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on January 23, 2014.

IT SO ORDERED.

Dated:  January 17, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge