JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**The Law Offices of John L. Burris**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff
GABRIELA PEREZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA PEREZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF ALAMEDA, an organization duly organized under the laws of the state of California; MIKE NOONAN, individually and in his capacity as Chief of the CITY OF ALAMEDA POLICE DEPARTMENT; and DOES 1-25, inclusive, individually and in their official capacities as employees of the CITY OF ALAMEDA,<br><br>Defendants. | Case No. 3:13-cv-01521-THE<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff, GABRIELA PEREZ, and all Defendants who have appeared in this action, through their counsel, DEWITT M. LACY and ALAN M. COHEN, as follows:

---

**STIPULATION OF VOLUNTARY DISMISSAL Case No. 3:13-cv-01521-THE**

1

1. This action was commenced on April 04, 2014.

2. The action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. Pursuant to the parties' settlement of this matter, this action is hereby dismissed, in its entirety, with prejudice, all parties to bear their own costs and fees incurred in this action.

DATED:  March 19, 2014          **THE LAW OFFICES OF JOHN L. BURRIS**

                                 BY:  _/s/DeWitt M. Lacy_____
                                    DeWITT M. LACY, ESQ.
                                    Attorney for Plaintiff
                                    GABRIELA PEREZ

DATED:  March 19, 2014          **JANET C. KERN, City Attorney**

                                 BY:  _/s/Alan M. Cohen_____
                                    ALAN M. COHEN
                                    Attorney for Defendant

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Alan M. Cohen and DeWitt M. Lacy, has been obtained, and that a record of the concurrence shall be maintained at the Law Office of John L. Burris.

DATED:  March 19, 2014          THE LAW OFFICES OF JOHN L. BURRIS

                                 BY:  _/s/DeWitt M. Lacy_____
                                    DeWITT M. LACY, ESQ.
                                    Attorney for Plaintiff
                                    GABRIELA PEREZ



03/20/2014
IT IS SO ORDERED
Judge Thelton E. Henderson

STIPULATION OF VOLUNTARY DISMISSAL Case No. 3:13-cv-01521-THE

2